# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

In Re Lawrence A. Ellis    v.  _____

No.   16-2372

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for:  Lawrence A. Ellis
                                Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☒ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

| | |
|---|---|
| Name: | Michael Lawrence Oliverio |
| Law Firm: | Polsinelli P.C. |
| Address: | Suite 2101, 100 Cambridge Street |
| City, State and Zip: | Boston, MA  02114 |
| Telephone: | 617-697-8000 |
| Fax #: | 617-830-0545 |
| E-mail address: | loliverio@polsinelli.com |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):   10/29/1993

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):  ☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date  July 27, 2016    Signature of pro se or counsel  /s/ michael lawrence oliverio

cc: _____

Reset Fields

CERTIFICATE OF SERVICE

    The undersigned counsel for appellant hereby certifies that a true copy of the foregoing document was served on the following counsel for Appellee in accordance with F.Cir.R. 25(a), (b) on even date herewith.

Office of the Solicitor<br>
United States Patent and Trademark Office<br>
Mail Stop 8, P.O. Box 1450<br>
Alexandria, Virginia  22313-1450

Dated: July 27, 2016                              /s/ Michael Lawrence Oliverio
                                                     Michael Lawrence Oliverio